IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:20-cv-1124-DAE-ESC |
| CAPITAL INVESTMENT ) | |
| GROUP, LLP d/b/a CLEAR ) | |
| CAVE CREEK, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff RYAN PFLIPSEN ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for thirty (30) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
1640 Powers Ferry Road, SE, Suite 17-200
Marietta, GA 30067
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By: */s/ Dennis R. Kurz*
     Dennis R. Kurz
     Texas State Bar No. 24068183
     dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of May 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Mark A. McNitzky, Esq.
Clark Hill Strasburger
2301 Broadway
San Antonio, Texas 78215
mmcnitzky@clarkhill.com
*Attorney for Defendant*
*Capital Investment Group, LLP*
*d/b/A Clear Cave Creek*

              */s/ Dennis R. Kurz*
              Dennis R. Kurz