**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **RYAN PFLIPSEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No. 5:20-cv-1124-DAE |
| § | |
| **CAPITAL INVESTMENT GROUP, LLP,** § | |
| **d/b/a CLEAR CREEK CAVE,** § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Ryan Pflipsen ("Plaintiff") and CIG Properties, LP, improperly named as Capital Investment Group, LLP, d/b/a Clear Creek Cave ("Defendant") (collectively, the "Parties") who, pursuant to Federal Rule of Civil Procedure 41, file this Joint Stipulation of Dismissal with Prejudice dismissing with prejudice all claims asserted or which could have been asserted by Plaintiff against Defendant in the above-referenced matter. The Parties are agreed with respect to this Joint Stipulation of Dismissal with Prejudice. Accordingly, the above-referenced matter shall be disposed of in all respects. Each party will be responsible for its own costs and attorney's fees.

Respectfully submitted,

**CLARK HILL, PLC**
2301 Broadway St.
San Antonio, TX 78215
(210) 250-6009
(210) 258-2728 (Facsimile)

By: _/s/ Mark A. McNitzky_____
**SONA RAMIREZ**
State Bar No. 24040330
sramirez@clarkhill.com
**MARK A. McNITZKY**
State Bar No. 24065730
mmcnitzky@clarkhill.com

**ATTORNEYS FOR DEFENDANT**

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, Georgia 30339
(404) 805-2494
(770) 428-5356 (Facsimile)

By: _/s/ Dennis R. Kurz w/permission_____
**DENNIS R KURZ**
State Bar No. 24068183
dennis@kurzlawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 17th of June, 2021, a true and correct copy of the foregoing document was delivered via ECF Notification to:

Dennis R. Kurz
**Kurz Law Group, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, Georgia 30339
dennis@kurzlawgroup.com
***ATTORNEYS FOR PLAINTIFF***

                                         */s/ Mark A. McNitzky*_____
                                        Mark A. McNitzky